United States District Court
Southern District of Texas
**ENTERED**
May 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| MARIA DEL CARMEN CERECEDO VILLALOBOS, <br> Plaintiff, <br><br> vs. <br><br> NATHANIAL YATES and OMNI ENTERPRISES, <br> Defendants | § § § § § § § § § § | CIVIL ACTION NO. 7:21-cv-205 |

### ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF (DOCKET NO. 3)

Came on to be considered this day the Unopposed Motion of the United States of America and named Defendants Nathaniel Yates and Omni Enterprises, requesting that the Court direct the Notice of Removal previously filed by Defendants in this case (Docket No. 1), together with the exhibits attached to the Motion (Docket Nos. 1-1 through 1-9), be placed in the records of the District Clerk under seal (Docket No. 3). Finding that the motion is with merit and should be granted, it is therefore

ORDERED that the Clerk of the Court place under seal the Notice of Removal previously filed by Defendants in this case (Docket No. 1), together with the exhibits attached to the Motion (Docket Nos. 1-1 through 1-9).

DONE this 26th day of May, 2021 at McAllen, Texas.

Hon. Ricardo Hinojosa
UNITED STATES DISTRICT JUDGE