United States District Court
Southern District of Texas
**ENTERED**
May 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA DEL CARMEN CERECEDO VILLALOBOS, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-205 |
| | § § | |
| NATHANIAL YATES; and OMNI ENTERPRISES, | § § | |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION FOR DISMISSAL WITHOUT PREJUDICE

Came on to be considered this day the Agreed Motion of Plaintiff Maria Del Carmen Cerecedo Villalobos seeking to dismiss this suit without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), so that an administrative claim may be pursued with the U.S. ICE Agency. After reviewing the motion, and noting the agreement to same by Defendants and the United States of America, the Court finds the motion is meritorious and should be granted, and that the case should be dismissed without prejudice to the refiling of same against the United States. It is therefore

ORDERED that the case is dismissed, without prejudice to the refiling of same against the United States. Each party shall bear their own costs of court.

DONE this 26th day of May, 2021 at McAllen, Texas.

_____
Hon. Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE